# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**478**

**CA 15-01209**

PRESENT: PERADOTTO, J.P., CARNI, LINDLEY, CURRAN, AND TROUTMAN, JJ.

---

CIERRA DANDY, ALSO KNOWN AS CIERRA PEOPLES,
PLAINTIFF-APPELLANT,

V                                                                                    ORDER

M&T BANK, DEFENDANT-RESPONDENT,
ET AL., DEFENDANTS.

---

DAVID M. GIGLIO & ASSOCIATES, LLC, UTICA (BRIDGET M. TALERICO OF COUNSEL), FOR PLAINTIFF-APPELLANT.

HODGSON RUSS LLP, BUFFALO (PATRICK J. HINES OF COUNSEL), FOR DEFENDANT-RESPONDENT.

-----------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered April 20, 2015. The order granted the motion of defendant M&T Bank for summary judgment.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs (*see Peoples v M&T Bank*, ___ AD3d ___ [June 17, 2016]).

Entered:  June 17, 2016                               Frances E. Cafarell
                                                      Clerk of the Court